UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>       Plaintiff,<br><br>    -against-<br><br>BALLET THEATRE FOUNDATION, INC., a/k/a American Ballet Theatre, American Ballet Theatre Company, and ABT,<br><br>       Defendant. | Index No.  07 CIV 8598 (SHS)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

  Defendant, BALLET THEATRE FOUNDATION, INC., a/k/a American Ballet Theatre, American Ballet Theatre Company, and ABT, certifies by its attorneys Kauff McClain & McGuire LLP, that it does not have any parent corporation that is publicly held, and there is no publicly held corporation that owns 10% or more of its stock.

  Respectfully submitted,

Dated:  New York, New York.
    November 30, 2007

                KAUFF MCCLAIN & MCGUIRE LLP


                By:  /s/ Kenneth A. Margolis
                  Kenneth A. Margolis (KAM-9127)

                950 Third Avenue
                Fourteenth Floor
                New York, NY  10022
                (212) 644-1010

                Attorneys for Defendant
                BALLET THEATRE FOUNDATION, INC.