```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY          :          07 Civ. 8598 (SHS)
COMMISSION,
                                      :
                    Plaintiff,
                                      :
            -against-                            ORDER
                                      :
BALLET THEATRE FOUNDATION, INC.,
                                      :
                    Defendant.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next conference is scheduled for January

18, 2008, at 2:00 p.m.


Dated: New York, New York
      December 14, 2007

                        SO ORDERED:

                        _____
                        Sidney H. Stein, U.S.D.J.