Dec-19-07  03:08pm  From-

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

  -against-

BALLET THEATRE FOUNDATION, INC., a/k/a
American Ballet Theatre, American Ballet
Theatre Company, and ABT,

      Defendant.

Index No. 07 CIV 8598 (SHS)

**STIPULATION AND ORDER TO EXTEND TIME TO MOVE TO DISMISS DEFENSES**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Ballet Theatre Foundation, Inc. that the time for Plaintiff EEOC to move to strike Defendant's Defenses is extended until twenty (20) days after the parties have agreed that efforts to mediate a settlement have failed.

Dated: New York, New York
   December 19, 2007

KAUFF McCLAIN & McGUIRE LLP

By: _____
 Kenneth A. Margolis (KAM-9127)
 Lisa E. Dayan (LED-4491)

950 Third Avenue
Fourteenth Floor
New York, NY 10022
(212) 644-1010

Attorneys for Defendant
BALLET THEATRE FOUNDATION, INC.

SO ORDERED: _____
     U.S.D.J.

4837-1808-0514.1

Dated: New York, New York
   December 19, 2007

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

By: _____
 Judy A. Keenan (JK-3083)
 Monique J. Roberts (MR-6338)

New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3704

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Date 12/20/07