

# KM&M
KAUFF McCLAIN & McGUIRE LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 644-1010
TELECOPIER (212) 644-1936

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

December 26, 2007

RECEIVED
DEC 2 6 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

**VIA FACSIMILE (212) 805-7924**

The Honorable Sidney H. Stein
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 0007

    Re:    EEOC v. Ballet Theatre Foundation, Inc. 07 CV 8598 (SHS)(DFE)
            KM&M File No. 00407.8363

Your Honor:

    We represent Defendant Ballet Theatre Foundation, Inc. in the above referenced action. We write to respectfully request an adjournment of the status conference currently scheduled for January 18, 2008 until after the parties have engaged in mediation. The parties are currently scheduled to attend a mediation session with Vivian Berger, Esq. on February 28, 2008. No previous requests for adjournment have been made. Monique Roberts, Esq., counsel for Plaintiff EEOC, has agreed to this request for an adjournment.

Respectfully Submitted,

Lisa E. Dayan

cc:    Monique Roberts, Esq. (via facsimile)

*[Handwritten annotation:]* 12/26/07 The conf scheduled for 1/18/07 is adjourned until March 14 at 10:00AM. No adjournments of this conf. So ordered. Sidney H. Stein, U.S.D.J.

4850-5927-5266.1