

# KM&M
## McCLAIN & McGUIRE LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 644-1010
TELECOPIER (212) 644-1936

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

March 7, 2008

**VIA FACSIMILE (212) 805-7924**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 0007

**MEMO ENDORSED**

Re:   EEOC v. Ballet Theatre Foundation, Inc. 07 CV 8598 (SHS)(DFE)
      KM&M File No. 00407.8363

Your Honor:

We represent Defendant Ballet Theatre Foundation, Inc. ("ABT") in the above referenced action. We write regarding the status conference currently scheduled for March 14, 2008.

We are pleased to report that as a result of a mediation conducted on February 28, 2008, the parties have reached a settlement in principle. Enclosed is a copy of the notice to the Court's Mediation Office to that effect. The parties are continuing to work on various language issues relating to the Consent Decree and related documents. While we are confident those issues will be resolved, it is possible that the Consent Decree will not be ready for filing by March 14. In these circumstances, the EEOC and ABT agree that it would be desirable to conserve the resources of both the parties and the Court by adjourning the March 14 conference.

Thank you for your consideration.

Very truly yours,

Kenneth A. Margolis

cc:   Monique Roberts, Esq. (via facsimile)

*The conference will be held on March 28, 2008, at 10:00 a.m. unless a stip of dismissal is filed before that date.*

SO ORDERED 3/7/08

SIDNEY H. STEIN
U.S.D.J.

4841-1262-2338.1